■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELBERT FOSTER, Appellant. [608 NYS2d 909] —Judgment unanimously reversed on the law and new trial granted. Memorandum: A reconstruction hearing disclosed that defendant was not present in chambers during a *Sandoval* conference. The court made a *Sandoval* ruling in the courtroom immediately before trial, permitting the use of some convictions for cross-examination. Defendant did not testify. Because defendant did not have an opportunity to make "a meaningful contribution", reversal is required *(People v Favor,* 82 NY2d 254, 267; *see, People v Dokes,* 79 NY2d 656). (Resubmission of Appeal from Judgment of Wayne County Court, Sirkin, J.—Assault, 1st Degree.) Present—Callahan, J. P., Pine, Fallon, Doerr and Boehm, JJ.